1046

[No. 43963-8-II.   Division Two.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB J. RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00030-5, Toni A. Sheldon, J., entered August 7, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[Nos. 44639-1-II; 45366-5-II.   Division Two.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EMMANUEL ROWLEY, III, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH EMMANUEL ROWLEY, III, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00570-4, Linda CJ Lee, J., entered February 11, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 44689-8-II.   Division Two.   November 25, 2014.]

MARK L. BUBENIK ET AL., *Appellants*, v. THOMAS J. MAUSS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05345-1, Garold E. Johnson, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.